UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 4:24-cv-00368-SDJ

Name of party requesting extension: Melanie Reed

Is this the first application for extension of time in this case?
- [ ] Yes
- [ ] No

If no, please indicate which application this represents:
- [✓] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons:

Number of days requested:
- [✓] 30 days
- [ ] 15 days
- [ ] Other _____ days

New Deadline Date: 09/30/24   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: D. Randall Montgomery

State Bar No.: 14289700

Firm Name: D. Randall Montgomery & Associates, PLLC

Address: 12400 Coit Road, Suite 560, Dallas, TX 75251

Phone: (214)292-2602

Fax: (469)568-9323

Email: Rmontgomery@drmlawyers.com

A certificate of conference does not need to be filed with this unopposed application.