# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>*Plaintiff*,<br><br>v.<br><br>JOANNA STATON, in her official capacity as Bell County District Clerk, et al<br><br>*Defendants*. | Court Case No.  4:24-cv-00368 |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Courthouse News Service, respectfully moves this Court to dismiss Defendant, Loretta Cammack, in her official capacity as Nacogdoches County District Clerk, without prejudice, in the above-styled and numbered cause, for the reason that all matters in controversy herein between Plaintiff and Defendant Cammack have been resolved and there is no further need or occasion for the prosecution of this suit against Defendant Cammack.  Defendant Cammack has implemented the press review tool and Plaintiff waives recovery of any fees against Defendant Cammack.

41516736v.1

Date: August 22, 2024	Respectfully submitted,

**JACKSON WALKER L.L.P.**

By:	*/s/ Matt Dow*
Matt Dow
Attorney-In-Charge
Texas Bar No. 06066500
mdow@jw.com
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone:  (512) 236-2000
Facsimile:  (512) 236-2002

John K. Edwards
Texas Bar No. 24002040
jedwards@jw.com
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone:  (713) 752-4200
Facsimile:  (713) 752-4221

ATTORNEYS FOR PLAINTIFF
COURTHOUSE NEWS SERVICE

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing document will be accomplished through the notice of electronic filing in accordance with the Federal Rules of Civil Procedure on this the 22nd day of August, 2024.

*/s/ Matt Dow*
Matt Dow

41516736v.1