# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>*Plaintiff*,<br><br>v.<br><br>JOANNA STATON, in her official capacity as Bell County District Clerk, et al<br><br>*Defendants*. | Court Case No.  4:24-cv-00368 |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Courthouse News Service, respectfully moves this Court to dismiss Defendant, Gabriel Garcia, in his official capacity as Brazos County District Clerk, without prejudice, in the above-styled and numbered cause, for the reason that all matters in controversy herein between Plaintiff and Defendant Garcia have been resolved and there is no further need or occasion for the prosecution of this suit against Defendant Garcia.  Defendant Garcia has implemented the press review tool and Plaintiff waives recovery of any fees against Defendant Garcia.

41663728v.1

Date: August 30, 2024                    Respectfully submitted,

                                              **JACKSON WALKER L.L.P.**

By:   */s/ Matt Dow*
      Matt Dow
      Attorney-In-Charge
      Texas Bar No. 06066500
      mdow@jw.com
      100 Congress Avenue, Suite 1100
      Austin, Texas 78701
      Telephone:  (512) 236-2000
      Facsimile:  (512) 236-2002

      John K. Edwards
      Texas Bar No. 24002040
      jedwards@jw.com
      1401 McKinney, Suite 1900
      Houston, Texas 77010
      Telephone:  (713) 752-4200
      Facsimile:  (713) 752-4221

      ATTORNEYS FOR PLAINTIFF
      COURTHOUSE NEWS SERVICE

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing document will be accomplished through the notice of electronic filing in accordance with the Federal Rules of Civil Procedure on this the 30th day of August, 2024.

                                              */s/ Matt Dow*
                                              Matt Dow