UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-368-SDJ |
| | § | |
| JOANNA STATON, in her official | § | |
| capacity as Bell County District Clerk, | § | |
| ET AL. | § | |

## OMNIBUS ORDER STAYING ALL DISCOVERY

In this lawsuit, Plaintiff filed claims against twenty-two defendants. Currently pending are eleven dismissal motions, (Dkt. #65, #80, #84, #85, #87, #92, #101, #102, #105, #108, #122), and four venue-transfer motions. (Dkt. #81, #92, #105, #122). The Court anticipates the filing of additional dismissal motions and venue-transfer motions.

It is therefore **ORDERED** that all discovery in this case, as to all parties, including initial disclosures, is **STAYED** pending resolution of all dismissal and venue-transfer motions.

The parties do not need to meet pursuant to FED. R. CIV. P. 26(f). The Court will not issue an order governing proceedings or a scheduling order pending resolution of the above referenced motions and any similar motions that may be filed. **This order applies to all parties.**

So ORDERED and SIGNED this 4th day of October, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE