**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>*Plaintiff*,<br><br>v.<br><br>MICHAEL GOULD, ET AL.<br><br>*Defendants*. | Court Case No. 4:24-cv-00368 |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Pursuant to the Court's Order dated September 30, 2026 (Dkt. 188), Plaintiff Courthouse News Service, and Defendants Joanna Staton, in her official capacity as Bell County District Clerk ("Staton"); Casie Walker, in her official capacity as Burnet County District Clerk ("Walker"); Michael Gould, in his official capacity as Collin County District Clerk ("Gould"); Hon. David Trantham, in his official capacity as Denton County District Clerk ("Trantham"); Clarissa Webster, in her official capacity as Ector County District Clerk ("Webster"); John D. Kinard, in his official capacity as Galveston County District Clerk ("Kinard"); Jamie Smith, in his official capacity as Jefferson County District Clerk ("Smith"); Ralph Strother, in his official capacity as McLennan County District Clerk ("Strother"); Melisa Miller, in her official capacity as Montgomery County District Clerk ("Miller") file this Joint Motion for Entry of Scheduling Order, and in support thereof respectfully show the Court as follows:

1. The parties conferred on October 27, 2026 and reached an agreement regarding scheduling requirements. The parties' proposed Scheduling Order is attached as "Exhibit A." The parties are requesting that this scheduling order relate

to dismissal and venue-transfer motions in response to Plaintiff's Second Amended Complaint. Consistent with this Court's Omnibus Order Staying All Discovery (Dkt. 134), the parties are requesting that all discovery and further scheduling be stayed pending resolution of all dismissal and venue-transfer motions.

2. Plaintiff and Defendants respectfully request that this Honorable Court sign the Scheduling Order.

Respectfully submitted,

**JACKSON WALKER L.L.P.**

*/s/ Matt Dow*
Matt Dow
Attorney-In-Charge
Texas Bar No. 06066500
mdow@jw.com
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone: (512) 236-2000
Facsimile: (512) 236-2002

John K. Edwards
Texas Bar No. 24002040
jedwards@jw.com
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Jonathan G. Fetterly*
Jonathan G. Fetterly (*Pro Hac Vice*)
jon.fetterly@bclplaw.com
Katherine A. Keating (*Pro Hac Vice*)
katherine.keating@bclplaw.com
3 Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

*Attorneys for Plaintiff Courthouse News Service*

**NAMAN HOWELL**

*/s/ Joe Rivera *with permission*
Joe Rivera
Texas Bar No. 24065981
jrivera@namanhowell.com
400 Austin Avenue, Suite 800
Waco, Texas 76701
Telephone: (254) 755-4100

*Attorney for Defendant Joanna Staton, in her official capacity as Bell County District Clerk*

**ALLISON, BASS & MAGEE, L.L.P.**

*/s/ J. Eric Magee *with permission*
J. Eric Magee
Texas Bar No. 24007585
e.magee@allison-bass.com
1301 Nueces St., Suite 201
Austin, Texas 78701
Telephone: (512) 482-0701

*Attorney for Casie Walker in her official capacity as Burnet County District Clerk*

**MATTHEWS, SHIELS, KNOTT, EDEN, DAVIS & BEANLAND, L.L.P.**

*/s/ Robert J. Davis *with permission*
Robert J. Davis
Texas Bar No. 05543500
bdavis@mssattorneys.com
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
Telephone: (972) 234-3400

*Attorney for Michael Gould in his official capacity as Collin County District Clerk*

**DENTON COUNTY CRIMINAL DISTRICT ATTORNEY'S OFFICE**

*/s/ Matt Shovlin *with permission*
Matt Shovlin
Texas Bar No. 24002940
Matt.Shovlin@dentoncounty.gov
Denton County Criminal District Attorney's Office
1450 E. McKinney Street, Suite 3100
Denton, Texas 76209
Telephone: 940-349-2717

*Attorney for Hon. David Trantham, in his official capacity as Denton County District Clerk*

**BICKERSTAFF HEATH DELGADO ACOSTA LLP**

*/s/Gunnar Seaquist *with permission*
Gunnar Seaquist
Texas Bar No. 24043358
gseaquist@bickerstaff.com
Two Barton Skyway
1601 S. MoPac, Suite C400
Austin, Texas 78746
Telephone: (512) 472-8021
Facsimile: (512) 320-5638

*Attorney for Clarissa Webster, in her official capacity as Ector County District Clerk*

**GREER, HERZ & ADAMS, L.L.P.**

*/s/ Jennifer Nobley *with permission*
Joseph R. Russo, Jr.
Texas Bar No. 24002879
jrusso@greerherz.com
Jennifer Nobley
Texas Bar No. 24066557
jnobley@greerherz.com
123 Rosenberg Street, Suite 3000
Galveston, Texas 77550

Telephone: (409) 797-3200
Janet Rushing
Texas Bar No. 17403100
jrushing@greerherz.com
2525 South Shore Blvd., Suite 203
League City, Texas 77573

*Attorneys for John D. Kinard, in his official capacity as Galveston County District Clerk*

**JEFFERSON COUNTY DISTRICT ATTORNEY'S OFFICE**

*/s/ Kathleen M. Kennedy *with permission*
Kathleen M. Kennedy
Texas Bar No. 00798314
Kathleen.Kennedy@jeffersoncountytx.gov
Quentin Price
Texas Bar No. 16303740
Quentin.Price@jeffersoncountytx.gov
1085 Pearl Street, Suite 301
Beaumont, Texas 77701
Telephone (409) 835-8550

*Attorneys for Jamie Smith, in his official capacity as Jefferson County District Clerk*

**HALEY & OLSON, PC**

*/s/ Mike W. Dixon *with permission*
Mike W. Dixon
Texas Bar No. 05912100
mdixon@haleyolson.com
100 N. Ritchie Road, Suite 200
Waco, Texas 76712
Telephone: (254) 776-3336
Facsimile: (254) 776-6823

*Attorney for Ralph Strother, in his official capacity as McLennan County District Clerk*

**MONTGOMERY COUNTY ATTORNEY'S OFFICE**

*/s/ Daniel Plake *with permission*
Daniel Plake
Texas Bar No. 24062942
daniel.plake@mctx.org
501 N. Thompson, Suite 300
Conroe, TX 77301
Telephone: (936) 539-7828
Facsimile: (936) 760-6920

*Attorney for Melisa Miller, in her official capacity as Montgomery County District Clerk*

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel for Plaintiff conferred with Defendants' counsel on October 27, 2026 regarding the substance of this motion.

*/s/ Matt Dow*
Matt Dow

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing document will be accomplished through the notice of electronic filing in accordance with the Federal Rules of Civil Procedure on this the 29th day of October, 2026.

*/s/ Matt Dow*
Matt Dow