**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>*Plaintiff*,<br><br>v.<br><br>MICHAEL GOULD, ET AL.<br><br>*Defendants*. | Court Case No. 4:24-cv-00368 |

**SCHEDULING ORDER AND OMNIBUS ORDER STAYING ALL DISCOVERY**

Pursuant to this Court's Memorandum Opinion and Order (Dkt. #188), the Court enters this case-specific order, which controls the disposition of this action pending further order of the Court. The following actions shall be completed by the dates indicated.[1]

**DEADLINES**

| | |
|---|---|
| January 8, 2027 | File answers and/or responsive motions to Plaintiff's Second Amended Complaint. |
| February 15, 2027 | File responses to Defendants' responsive motions. |
| March 15, 2027 | File replies to Plaintiff's responses. |

It is therefore ORDERED that all discovery in this case, as to all parties, including initial disclosures, is STAYED pending resolution of all dismissal and venue-transfer motions.

The parties do not need to meet pursuant to FED. R. CIV. P. 26(f). The Court will not issue an order governing proceedings or a scheduling order pending resolution of the above referenced motions and any similar motions that may be filed.

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in Federal Rule of Civil Procedure 6, the effective date is the first business day following the deadline imposed.

**This order applies to all parties**.

So ORDERED and SIGNED this ____ day of __________________, 2026.

________________________________
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE