UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-368-SDJ |
| | § | |
| MICHAEL GOULD, ET AL. | § | |

# PRELIMINARY SCHEDULING ORDER

Pursuant to this Court's Memorandum Opinion and Order, (Dkt. #188), the Court enters this case-specific order, which controls the disposition of this action pending further order of the Court. The following actions shall be completed by the dates indicated.[1]

## DEADLINES

| | |
|---|---|
| 01/08/2027 | File answers and/or responsive motions to Plaintiff's Second Amended Complaint. |
| 02/15/2027 | File responses to Defendants' responsive motions. |
| 03/15/2027 | File replies to Plaintiff's responses. |

It is further **ORDERED** that all discovery in this case, as to all parties, including initial disclosures, is **STAYED** pending resolution of all dismissal and venue-transfer motions.

The parties do not need to meet pursuant to FED. R. CIV. P. 26(f). The Court will not issue an order governing proceedings or a scheduling order pending resolution of the above referenced motions and any similar motions that may be filed.

**So ORDERED and SIGNED this 30th day of October, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in Federal Rule of Civil Procedure 6, the effective date is the first business day following the deadline imposed.